## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **RODNEY NICHOLSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:17-CV-548-JDK-KNM** |
| | § | |
| **RACEFAB,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (Docket No. 22), filed on January 8, 2019, recommends that Plaintiff's Motion for Entry of Default Judgment (Docket No. 15) be granted. No written objections have been filed by Defendants. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. It is accordingly

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Docket No. 15) is **GRANTED**. The default judgment will be filed separately.

**ORDERED** that all motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **26th** day of **February, 2019.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE